JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:  (559) 445-0156

Attorney for Defendant
MICHAEL ROSS THOMAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1: 11-CR-00112 LJO |
| | ) | |
| Plaintiff, | ) | WAIVER OF APPEARANCE |
| | ) | AND ORDER THEREON |
| v. | ) | |
| | ) | DATE:   November 21, 2011 |
| MICHAEL ROSS THOMAS, | ) | TIME:    1:00 p.m. |
| | ) | Courtroom Four |
| Defendant. | ) | |
| | ) | HONORABLE LAWRENCE J. O'NEILL |

Defendant, MICHAEL ROSS THOMAS, hereby waives his  right to be present in person

in open court upon the hearing presently set for November 21, 2011 at 1:00 p.m. in Courtroom

Four of the above entitled court. Defendant hereby requests the court to proceed in his absence

and agrees that his interests will be deemed represented at said hearing by the presence of his

attorney, JOHN  F. GARLAND. Defendant further agrees to be present in person in court at all

future hearing dates to be set by the court including the date set for jury trial.


Dated:    11/08/11                               /s/ Michael Ross Thomas
                                                MICHAEL ROSS THOMAS
                                        (Original signature in counsel's file)

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant MICHAEL ROSS THOMAS is hereby excused from appearing at the court hearing scheduled for November 21, 2011 at 1:00 p.m.

IT IS SO ORDERED.

Dated: __November 14, 2011__    ___/s/ Lawrence J. O'Neill___
                                 UNITED STATES DISTRICT JUDGE