BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
FEB 0 8 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-cr-00112 LJO |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS **COUNT THREE** OF INDICTMENT AND ORDERING THAT DEFENDANT REMAIN DETAINED (Fed. R. Crim. P. 48(a)) |
| v. | |
| GERARDO RAMOS-ZACHARIAS, | |
| Defendant. | |

IT IS HEREBY ORDERED that COUNT THREE of the indictment in the above-entitled case be dismissed without prejudice, in the interest of justice.

IT IS FURTHER ORDERED THAT the defendant shall remain detained.

Dated: February 8, 2012

Honorable Lawrence J. O'Neill
U.S. District Judge

1