JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132
Facsimile:  (559) 445-0156

Attorney for Defendant,
MICHAEL ROSS THOMAS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:11-CR-00112 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | AND ORDER THEREON |
| MICHAEL ROSS THOMAS, | DATE: May 7, 2012 |
| | TIME:  8:30 a.m. |
| | Courtroom Four |
| Defendant. | |
| | HONORABLE LAWRENCE J. O'NEILL |

Defendant, MICHAEL ROSS THOMAS, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from April 2, 2012 to **May 7, 2012** at **8:30 a.m.** This continuance  is necessary to allow the parties sufficient time to prepare, review and execute a plea agreement and enter a change of plea in the related case number 1:12-CR-00020 LJO. The agreement between the parties provides for the sentencing in the instant case and the related case to be held at the same hearing. Due to the anticipate change of plea in the related case, to date the defendant has not been interviewed by the United States Probation Officer for the preparation of the Presentence Investigation Report. The parties believe the Presentence Investigation Report(s) relating to both cases will be completed  in a timely manner prior to the continued sentencing hearing date requested.

1

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

a. Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated: February 14, 2012             /s/ John F. Garland
John F. Garland
Attorney for Defendant
MICHAEL ROSS THOMAS

Dated: February 14, 2012             Benjamin B. Wagner
United States Attorney

/s/ Kathleen A. Servatius
By: KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, the sentencing hearing for defendant MICHAEL ROSS THOMAS is continued to May 7, 2012 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:　February 15, 2012**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE