PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
GERARDO ROSAS GOMEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> vs. </br> GERARDO ROSAS GOMEZ, </br> Defendant. | CASE NO. 1:11-cr-00112-LJO </br></br> STIPULATION AND ORDER TO </br> CONTINUE SENTENCING DATE |

IT IS HEREBY STIPULATED by and between Assistant United States Kathleen A. Servatius, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Gerardo Rosas Gomez, that the sentencing date scheduled for April 30, 2012, at 9:30 a.m. be vacated and the sentencing date be continued to this court's calendar on June 11, 2012 at 9:30 a.m. Further time is needed in order for probation to complete its report and Mr. Martinez needs further time for preparation.

The court is advised that counsel have conferred about this request that they have agreed to the court date of June 11, 2012 and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on her behalf.

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including June 11, 2012.

Respectfully Submitted,

Dated: March 27, 2012 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
Gerardo Rosas Gomez

Dated: March 27, 2012 /s/ Kathleen A. Servatius
Kathleen A. Servatius
Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current April 30, 2012 sentencing date is hereby vacated and reset to June 11, 2012.

IT IS SO ORDERED.

Dated: **March 28, 2012** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE