```
1   JOHN F. GARLAND   #117554
    Attorney at Law
2   1713 Tulare Street, Suite 221
    Fresno, California 93721
3
    Telephone: (559) 497-6132
4   Facsimile:  (559) 445-0156

5   Attorney for Defendant,
    MICHAEL ROSS THOMAS
6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:11-CR-00112 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING |
| v. ) | AND ORDER THEREON |
| ) | |
| MICHAEL ROSS THOMAS, ) | DATE: May 21, 2012 |
| ) | TIME:  10:30 a.m. |
| ) | Courtroom Four |
| Defendant. ) | |
| _____ ) | HONORABLE LAWRENCE J. O'NEILL |

Defendant, MICHAEL ROSS THOMAS, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from May 7, 2012 to **May 21, 2012** at **10:30 a.m.** This continuance is necessary to allow the United States Probation Office additional time to complete the Presentence Investigation Report for the instant case as well as for the related case number 1:12- CR-00020 LJO.

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

   a. Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

1

| | |
|---|---|
| Dated: March 29, 2012 | /s/ John F. Garland<br>John F. Garland<br>Attorney for Defendant<br>MICHAEL ROSS THOMAS |
| Dated: March 29, 2012 | Benjamin B. Wagner<br>United States Attorney<br><br>/s/ Kathleen A. Servatius<br>By: KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney |

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties, the sentencing hearing for defendant MICHAEL ROSS THOMAS is continued to May 21, 2012 at 10:30 a.m.

IT IS SO ORDERED.

**Dated:   March 30, 2012**           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE