```
 1  JOHN F. GARLAND   #117554
    Attorney at Law
 2  1713 Tulare Street, Suite 221
    Fresno, California 93721
 3
    Telephone: (559) 497-6132
 4  Facsimile:  (559) 445-0156

 5  Attorney for Defendant
    MICHAEL ROSS THOMAS
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case Nos.  1:11-CR-00112 LJO |
|---|---|---|
| Plaintiff, | ) | 1:12-CR-00020 LJO |
|  | ) |  |
|  | ) | **ORDER GRANTING REQUEST TO SEAL** |
| v. | ) | **DOCUMENTS** |
|  | ) |  |
| MICHAEL ROSS THOMAS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

The Court, having considered Defendant Michael Ross Thomas' Request To Seal Documents, the Declaration of John F. Garland in Support of Request to Seal Documents and Defendant's Sentencing Memorandum and Attachment A, the Court finds compelling reasons for the filing of the documents under seal, therefore Defendant's Request To Seal Documents is GRANTED.

IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and Attachment A  shall be **FILED  UNDER  SEAL**.

IT IS SO ORDERED


Dated: May 17, 2012                              /s/ Lawrence J. O'Neill
                                                              LAWRENCE J. O'NEILL
                                                              United States District Judge