PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
GERARDO ROSAS GOMEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> GERARDO ROSAS GOMEZ, ) <br> Defendant. ) <br> ) <br> ) <br> ) | CASE NO. 1:11-CR-00112-LJO <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |

IT IS HEREBY STIPULATED by and between Assistant United States Kathleen A. Servatius, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Gerardo Rosas Gomez, that the sentencing date scheduled for June 11, 2012, at 8:30 a.m. be vacated and the sentencing date be continued to this court's calendar on August 20, 2012 at 8:30 a.m. Further time is needed for further investigation and preparation.

The court is advised that counsel have conferred about this request that they have agreed to the court date of August 20, 2012 and that Ms. Servatius has authorized Preciliano Martinez to sign this stipulation on her behalf.

//

//

1

The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for sentencing, up to and including August 20, 2012.

Respectfully Submitted,

Dated: June 1, 2012
/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
Gerardo Rosas Gomez

Dated: June 1, 2012
/s/ Kathleen A. Servatius
Kathleen A. Servatius
Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the status conference set for June 11, 2012 is hereby continued to August 20, 2012 at 8:30.

IT IS SO ORDERED.

Dated: **June 4, 2012**
/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE