```
ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
GERARDO ROSAS GOMEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br><br><br>GERARDO ROSAS GOMEZ,<br><br>      Defendant. | ) Case No.: 1:11-CR-00112-LJO<br>)<br>)<br>)<br>) STIPULATION AND ORDER TO<br>) CONTINUE SENTENCING<br>)<br>)<br>)<br>) Date: April 8, 2013<br>) Time: 8:30 a.m.<br>) Hon. Lawrence J. O'Neill |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 8, 2013, at 8:30 a.m.

2. By this stipulation, defendant now moves to continue the sentencing until **May 20, 2013, at 8:30 a.m.** and to exclude time between April 8, 2013, and May 20, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The discovery in this matter is extensive and
counsel has not yet finished reviewing it.
             b. The government does not object to the continuance.
             c. Based on the above-stated findings, the ends of
justice served by continuing the case as requested
outweigh the interest of the public and the defendant in a
trial within the original date prescribed by the Speedy
Trial Act.
             d. For the purpose of computing time under the Speedy
Trial Act, 18 U.S.C. § 3161, et seq., within which trial
must commence, the time period of April 8, 2013, to May
20, 2013, inclusive, is deemed excludable pursuant to 18
U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a
continuance granted by the Court at defendant's request on
the basis of the Court's finding that the ends of justice
served by taking such action outweigh the best interest of
the public and the defendant in a speedy trial.
     4. Nothing in this stipulation and order shall preclude a
finding that other provisions of the Speedy Trial Act dictate
that additional time periods are excludable from the period
within which a trial must commence.
///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: April 4, 2013

                                 */s/ Kathleen A. Servatius*
                                 Assistant United States Attorney

Dated: April 4, 2013

                                 */s/ Anthony P. Capozzi*
                                 Anthony P. Capozzi
                                 Attorney for
                                 GERARDO ROSAS GOMEZ

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from April 8, 2013, to, and including, May 20, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Sentencing currently scheduled for April 8, 2013, at 8:30 a.m. is continued to **May 20, 2013, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **April 4, 2013**                  **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE