ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
GERARDO ROSAS GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br><br><br>GERARDO ROSAS GOMEZ,<br><br>    Defendant. | Case No.: 1:11-CR-00112-LJO<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING<br><br><br><br>Date: May 20, 2013<br>Time: 8:30 a.m.<br>Hon. Lawrence J. O'Neill |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

    1. By previous order, this matter was set for sentencing on May 20, 2013, at 8:30 a.m.

    2. By this stipulation, defendant now moves to continue the sentencing until **June 10, 2013, at 8:30 a.m.** and to exclude time between May 20, 2013, and June 10, 2013, under 18 U.S.C.§ 3161(h)(7)(A), B(iv). Plaintiff does not oppose this request.

    3. The parties agree and stipulate, and request that the Court find the following:

a. The discovery in this matter is extensive and counsel has not yet finished reviewing it.

b. The government does not object to the continuance.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 20, 2013, to June 10, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: May 16, 2013

                                  */s/ Kathleen A. Servatius*
                                  Assistant United States Attorney

Dated: May 16, 2013

                                  */s/ Anthony P. Capozzi*
                                  Anthony P. Capozzi
                                  Attorney for
                                  GERARDO ROSAS GOMEZ

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from May 20, 2013, to, and including, June 10, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Sentencing currently scheduled for May 20, 2013, at 8:30 a.m. is continued to **June 10, 2013, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **May 16, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE