ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
GERARDO ROSAS GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00112-LJO |
| Plaintiff, | |
| vs. | AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING |
| GERARDO ROSAS GOMEZ, | Date: July 8, 2013<br>Time: 8:30 a.m.<br>Hon. Lawrence J. O'Neill |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 8, 2013, at 1:30 p.m.

2. By this stipulation, defendant now moves to continue the sentencing until **August 5, 2013, at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on February 9, 2011. Sentencing negotiations are continuing.

    b. The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: July 3, 2013

          */s/ Kathleen A. Servatius*
          Assistant United States Attorney

Dated: July 3, 2013

          */s/ Anthony P. Capozzi*
          Anthony P. Capozzi
          Attorney for
          GERARDO ROSAS GOMEZ

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good.

**IT IS ORDERED** that the Sentencing currently scheduled for July 8, 2013, at 1:30 p.m. is continued to **August 5, 2013, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: July 3, 2013

          __/s/ Lawrence J. O'Neill__
          Honorable Lawrence J. O'Neill